IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEALED
U. S.            URT
DISTRICT OF NEBRASKA

2022 MAY 17  PM 4: 1 '

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL DEAN,

Defendant.

8:22CR 123

INDICTMENT
21 U.S.C. § 841(a)(1) & (b)(1)

The Grand Jury charges that

## COUNT I

On or about May 28, 2021, in the District of Nebraska, Defendant MICHAEL JOHN DEAN did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
MIKALA PURDY-STEENHOLDT
Assistant United States Attorney

1